(Official Form 1) (12/03)

| FORM B1 | United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Smith, Dennis A. | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>Smith, Veda |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>xxx-xx-4262 | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>xxx-xx-9508 |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>18818 Queens Road<br>Homewood, IL 60430 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>18818 Queens Road<br>Homewood, IL 60430 |
| County of Residence or of the<br>Principal Place of Business: Cook | County of Residence or of the<br>Principal Place of Business: Cook |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address):<br>**Chapter 13W/No Plan** |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply) | | Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) | |
|---|---|---|---|
| ■ Individual(s) | ☐ Railroad | ☐ Chapter 7    ☐ Chapter 11    ■ Chapter 13 | |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9    ☐ Chapter 12 | |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding | |
| ☐ Other_____ | ☐ Clearing Bank | | |

| Nature of Debts (Check one box) | | Filing Fee (Check one box) |
|---|---|---|
| ■ Consumer/Non-Business | ☐ Business | ■ Full Filing Fee attached |
| | | ☐ Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |

**Chapter 11 Small Business** (Check all boxes that apply)
☐ Debtor is a small business as defined in 11 U.S.C. § 101
☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information** (Estimates only)
☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 07/29/2004
Time: 16:30:17
Debtor: DENNIS A SMITH
Case: 04-28189    Fee: 194
Chapter: 13  Rec. #: 3093358
Judge: Pamela Hollis
341 mtg: 08/24/2004 @ 02:00PM
ConfHrg: 09/20/2004 @ 11:00AM
Trustee: MARILYN MARSHALL
1:04BK28189-BK001

(Official Form 1) (12/03)

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): Smith, Dennis A. Smith, Veda | FORM B1, Page 2 |

**Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet)

| Location Where Filed: - None - | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _[signed]_
Signature of Debtor **Dennis A. Smith**

X _[signed]_
Signature of Joint Debtor **Veda Smith**

Telephone Number (If not represented by attorney)

**July 27, 2004**
Date

X _[signed]_
Signature of Attorney for Debtor(s)
**Lorraine M. Greenberg   ARDC No.: 03129023**
Printed Name of Attorney for Debtor(s)
**Greenberg & Associates**
Firm Name
**20 East Jackson Boulevard
Suite 800
Chicago, Illinois, 60604**
Address
**(312) 408-0007   Fax: (312) 427-8543**
Telephone Number
**July 27, 2004**
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _[signed]_   **July 27, 2004**
Signature of Attorney for Debtor(s)   Date
**Lorraine M. Greenberg   ARDC No.: 03129023**

**Exhibit C**
Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### NOTICE TO INDIVIDUAL CONSUMER DEBTOR

The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court. Court employees are prohibited from giving you legal advice.

**Chapter 7: Liquidation ($155 filing fee plus $39 administrative fee plus $15 trustee surcharge)**

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2. Under chapter 7 a trustee takes possession of all your property. You may claim certain of your property as exempt under governing law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.

5. Under certain circumstances you may keep property that you have purchased subject to valid security interest. Your attorney can explain the options that are available to you.

**Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($155 filing fee plus $39 administrative fee)**

1. Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually, the period allowed by the court to repay your debts is three years, but no more than five years. Your plan must be approved by the court before it can take effect.

3. Under chapter 13, unlike chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4. After completion of payments under your plan, your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations.

**Chapter 11: Reorganization ($800 filing fee plus $39 administrative fee)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a Chapter 11 petition should be reviewed with an attorney.

**Chapter 12: Family Farmer ($200 filing fee plus $39 administrative fee)**

Chapter 12 is designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm.

I, the debtor, affirm that I have read this notice.

_/s/ signature_                 _/s/ Veda signature_                 July 27, 2004
Debtor's Signature              Joint Debtor's Signature              Date                 Case Number

| | | |
|---|---|---|
| Aspire Prime Option<br>c/o LDG Financial Services, LLC<br>4553 Winters Chapel Road, Ste. 200<br>Atlanta, GA 30360 | Associates Creditors Exchange, Inc.<br>P.O. Box 33130<br>Phoenix, AZ 85067-3130 | Associates St. James Radiologists<br>P.O. Box 3597<br>Springfield, IL 62708-3597 |
| Best Buy<br>c/o Professional Recovery Serives<br>P.O. Box 153211<br>Arlington, TX 76015 | Capital One Bank<br>Po Box 85522<br>Richmond, VA 23285 | Carson Pirie Scott<br>P.O. Box 5000<br>Hammond, IN 46325-5000 |
| Cb Usa Inc<br>Po Box 8000<br>Hammond, IN 46325 | Children's Surgical Foundation<br>c/o Medical Business Bureau, Inc.<br>P.O. Box 1219<br>Park Ridge, IL 60068-7219 | Children's Surgical Foundation<br>American National Bank<br>Dept. 77-3383<br>Chicago, IL 60678 |
| Citibank<br>c/o Van Ru Credit Corporation<br>P.O. Box 46549<br>Chicago, IL 60646-0549 | Citibank<br>c/o Plaza Associates<br>P.O. Box 18008<br>Hauppauge, NY 11788-8808 | Claudia Johnson, M.D.<br>c/o Malcolm S. Gerald & Associates<br>332 S. Michigan Avenue, Ste. 514<br>Chicago, IL 60604 |
| Collections Unlimited<br>P.O. Box 1306<br>Helenville, WI 53137 | Collins Financial Services, Inc.<br>c/o Blatt, Hasenmiller, Leibsker<br>2 N. LaSalle Street, Ste. 900<br>Chicago, IL 60602 | Columbia House<br>c/o North Shore Agency<br>751 Summa Avenue<br>Westbury, NY 11590 |
| Compass Receivables Management<br>101 Overland Drive<br>North Aurora, IL 60542 | Creditors Collection Bureau, Inc.<br>PO Box 63<br>Kankakee, IL 60901-0063 | Creditors Discount & Aud<br>415 E Main<br>Streator, IL 61364 |
| Discover Card Service<br>c/o NCO Financial Services<br>P.O. Box 41417, Dept. 22<br>Philadelphia, PA 19101 | Discover Financial<br>NATL Bankruptcy Department<br>P.O. Box 8003<br>Hilliard, OH 43026 | Drive Servicing |
| EMSCO MGMT SVCS, INC.<br>P.O. Box 75820<br>Chicago, IL 60675-5820 | First Consumers National Bank<br>c/o ECC Management Services<br>800 North Magnolia St. Ste. 1200<br>Orlando, FL 32803 | First Consumers National Bank<br>9310 SW Gemini Drive<br>Beaverton, OR 97078-0001 |
| First National Bank<br>c/o Hauge Associates<br>P.O. Box 88610<br>Sioux Falls, SD 57105 | Ford Motor Credit Company<br>c/o Freedman Anselmo Lindberg<br>P.O. Box 3107<br>Naperville, IL 60566 | Ford Motor Credit Company |
| Freedman Anselmo Lindberg & Rappe<br>1807 W. Diehl Rd. #200<br>P.O. Box 3107<br>Naperville, IL 60566 | Household Bank<br>Pob 98706<br>Las Vegas, NV 89193 | Household Finance Corporation<br>P.O. Box 17574<br>Baltimore, MD 21297-1574 |

Il Designated
1755 Lake Cook Rd
Deerfield, IL 60015

Il Designated Acct Pur
1755 Lake Cook Rd
Deerfield, IL 60015

Ingalls Health Venture
c/o Collections Unlimited, Inc.
P.O. Box 1306
Waukesha, WI 53187

Ingalls Health Venture
c/o Van Ru Credit Corporation
10024 Skokie Blvd, P.O. Box 1109
Skokie, IL 60077-1109

Ingalls Health Venture
P.O. Box 75583
Chicago, IL 60675-5583

Ingalls Hospital
c/o TRSI Inc.
P.O. Box 2170
Aurora, IL 60507-2170

Ingalls Memorial Hospital
One Ingalls Drive
Harvey, IL 60426

Ingalls Memorial Hospital
c/o Pinnacle Management Services
514 Market Loop, Suite 103
Dundee, IL 60118

Integral Health Assoc. of IL
2522 North Lincoln Avenue
Chicago, IL 60614

JC Penney
c/o Surpas National Communications
10000 Richmond, Suite 150
Houston, TX 77042-4200

JC Penney
c/o Surpas Resource Corporation
10000 Richmond, Suite 150
Houston, TX 77042-4200

John Cueva M.D. Ltd.
c/o Collecto/Credit Pac
P.O. Box 608
Tinley Park, IL 60477-0608

Joliet Phychiatry
P.O. Box 600
Bourbonnais, IL 60914

La Rabida Children's Hospital
E 65th At Lake Michigan
Chicago, IL 60649

Marshall Field
c/o Retailers National Bank
P.O. Box 59231
Minneapolis, MN 55469-0231

Mbga/Jc Penney
Po Box 981131
El Paso, TX 79998

Medclr Inc
Pob 8547
Philadelphia, PA 19101

Medical Business Bureau
1460 Renaissance D
Park Ridge, IL 60068

Medtrust Healthcare Services Com.
14651 Dallas Parkway #720
Dallas, TX 75240

Medtust Healthcare Services Company
4849 Greenville Avenue
Suite 400
Dallas, TX 75206

Mepa LLC
P.O. Box 891660
Dallas, TX 75389-1660

Metroplex Emerg. Phys/SJHH
c/o Credit Systems International
P.O. Box 1088
Fort Worth, TX 76112

Midland Credit Managemen
5775 Roscoe Ct
San Diego, CA 92123

Midwest Emergency Asscoiates
P.O. Box 6500
Chicago, IL 60680-6500

Midwest Emergency Associates
P.O. Box 6500
Chicago, IL 60680-6500

Midwest Physician Group, Ltd.
c/o Illinois Collection Services
P.O. Box 646
Oak Lawn, IL 60454-0646

Monogram Credit Card
c/o Great Lakes Collection Bureau
45 Oak Street
Buffalo, NY 14203-2697

Montgomery Ward
c/o Midland Credit Managment Inc
P.O. Box 939019
San Diego, CA 92193-9019

Montgomery Wards/Mwcc
P O Box 29110
Merriam, KS 66203

National Financial Systems
6851 Jericho Turnpike
P.O. Box 9013
Syosset, NY 11791-9013

| | | |
|---|---|---|
| NCO Financial Systems Inc<br>P.O. Box 41418<br>Dept. 12<br>Philadelphia, PA 19101 | North American Capital Corp.<br>c/o Blatt, Hasenmiller, Leibsker<br>2 N. LaSalle Street, Ste. 900<br>Chicago, IL 60602 | Pediatric and Assoc, Ltd.<br>Dept. 77-9210<br>Chicago, IL 60678-9210 |
| Pinnacle Credit Services<br>c/o Van Ru Credit Corporation<br>P.O. Box 46549<br>Chicago, IL 60646-0549 | Premium Marketing Systems<br>c/o Richard H. Marcus<br>P.O. Box 283<br>Des Plaines, IL 60016 | Primary Heathcare Associates<br>4647 West Lincoln Highway<br>Lower Level<br>Matteson, IL 60443 |
| Prime Option Master Card<br>c/o United Recovery Systems<br>3100 South Gressner, Ste. 400<br>Houston, TX 77063 | Provena<br>P.O. Box 537<br>Bourbonnais, IL 60914 | Provena Service Corporation<br>c/o Creditors Collection Agency<br>755 Almar Parkway<br>Kankakee, IL 60901-0063 |
| Provena Service Corporation<br>2121 West Oneida<br>Suite 102<br>Joliet, IL 60435 | Quest Diagnostics<br>c/o American Medical Collections<br>2269 S. Saw Mill<br>Elmsford, NY 10523 | QV Inc<br>P.O. Box 2139<br>Bedford Park, IL 60499-2136 |
| Retailers National Bank<br>c/o Meyer & Njus<br>111 N. State Street<br>Chicago, IL 60602 | RMA Holdings, LLC<br>c/o Risk Managment Alternatives<br>P.O. Box 105044<br>Atlanta, GA 30348 | Sears<br>c/o Risk Managment Alternatives<br>P.O. Box 105291<br>Atlanta, GA 30348 |
| Sherman Acquisition LLC<br>c/o Attention, LC<br>2812 Spring Road, Ste. 250<br>Atlanta, GA 30339-3003 | Spiegel<br>101 Crossway Park West<br>Woodbury, NY 11797 | St. James Hospital<br>1423 Chicago Road<br>Chicago Heights, IL 60411 |
| Star Banc Corporation<br>c/o Donald S. Mazzotta PC<br>938 Penn Avenue, 8th floor<br>Pittsburgh, PA 15222-3708 | Suburban Heights Medical Center<br>c/o C.B. USA, Inc.<br>P.O. Box 8000<br>Hammond, IN 46325-9998 | Suburban Heights Medical Center<br>333 Dixie Highway<br>Chicago Heights, IL 60411 |
| Sullivan Urgent<br>c/o Illinois Collection Service<br>P.O. Box 646<br>Oak Lawn, IL 60454-0646 | Sullivan Urgent Aid Center<br>P.O. Box 87844<br>Carol Stream, IL 60188 | Superior Asset Managem<br>18167 Us Highway 19 N St<br>Clearwater, FL 33764 |
| The Credit Store Plass Appliance<br>c/o Asset Acceptance<br>P.O. Box 318035<br>Independence, OH 44131-8035 | Triad Financial Services<br>7801 Metro Parkway<br>Suite 100<br>Minneapolis, MN 55425 | University Anesthesiologists, SC<br>Loc Box 128$<br>Glenview, IL 60025 |
| University Head & Neck Assoc.<br>c/o Van Ru Credit Corporation<br>P.O. Box 46549<br>Chicago, IL 60649-0549 | University Head and Neck Assoc<br>4647 W. Lincoln Highway<br>Lower Level<br>Matteson, IL 60443 | University of Chicago Physicians<br>c/o Illinois Collection Service<br>4647 W. 103rd Street/P.O. Box 646<br>Oak Lawn, IL 60454-0646 |

Van Ru Credit Coporation
10024 Skokie Blvd., Ste. 3
Skokie, IL 60077

Van Ru Credit Corporation
165 Bishops Way
Suite 129
Brookfield, WI 53005-6215

Wards
P.O. Box 105999
Atlanta, GA 30353-5999

Washington Mutual
8605 West 95th Street
Hickory Hills, IL 60457

Washington Mutual Home
324 W Evans St
Florence, SC 29501

Your Creditors
c/o Collections Unlimited, Inc.
P.O. Box 588
Waukesha, WI 53187

# United States Bankruptcy Court
## Northern District of Illinois

In re: Dennis A. Smith, Veda Smith, Debtor(s)

Case No. _____
Chapter **13**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: **81**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **July 27, 2004**

_[signature]_
Dennis A. Smith
Signature of Debtor

Date: **July 27, 2004**

_[signature]_
Veda Smith
Signature of Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                          ) CHAPTER 13
                                )
   Dennis A. Smith,             ) NO.:
   Veda Smith,                  )
      Debtors.                 )

DISCLOSURE OF FEES UNDER RULE 2016(b)

I certify that I am the attorney for said Debtor(s) and that the compensation paid or promised me for the services rendered or to be rendered in connection with said case is as follows:

$___1,006.00___ paid to date;

$___1,694.00___ to be requested at the hearing on attorneys fees to be held at the time of the confirmation hearing;

The source of the compensation paid or to be paid is Debtor(s)' funds; (Debtors have entered into the rights and responsibilities fee agreement option B);

I have not shared or agreed to share such compensation with any other person, outside member or regular associate of my law firm, without exception.

Date: July 29, 2004     BY: _____
                            LORRAINE M. GREENBERG & ASSOCIATES

LORRAINE M. GREENBERG & ASSOCIATES
20 East Jackson, Suite 800
Chicago, Illinois 60604
(312) 408-0007
ARDC No.: 03129023