IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Smith, Dennis A | Case Number: 04 B 28189 |
|---|---|---|
| | Smith, Veda | Judge: Hollis, Pamela S |
| | Printed: 12/02/08 | Filed: 7/29/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Completed: November 26, 2008
Confirmed: September 20, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 21,240.00 | |
| Secured: | | 9,833.15 |
| Unsecured: | | 8,692.94 |
| Priority: | | 0.00 |
| Administrative: | | 1,605.00 |
| Trustee Fee: | | 1,108.91 |
| Other Funds: | | 0.00 |
| Totals: | 21,240.00 | 21,240.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Lorraine Greenberg & Assoc LLC | Administrative | 1,605.00 | 1,605.00 |
| 2. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 3. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 4. | Ford Motor Credit Corporation | Secured | 1,603.23 | 1,603.23 |
| 5. | Drive Financial Services | Secured | 8,229.92 | 8,229.92 |
| 6. | Collins Financial Services Inc | Unsecured | 907.94 | 2,926.26 |
| 7. | Jefferson Capital | Unsecured | 59.26 | 190.99 |
| 8. | Drive Financial Services | Unsecured | 130.68 | 421.16 |
| 9. | Asset Acceptance | Unsecured | 343.62 | 1,107.47 |
| 10. | Suburban Heights Medical Cente | Unsecured | 20.30 | 65.42 |
| 11. | ECast Settlement Corp | Unsecured | 49.90 | 160.82 |
| 12. | Ford Motor Credit Corporation | Unsecured | 23.94 | 77.16 |
| 13. | Jefferson Capital | Unsecured | 206.41 | 665.25 |
| 14. | Illinois Student Assistance Commission | Unsecured | 357.67 | 1,152.74 |
| 15. | Capital One | Unsecured | 109.25 | 352.12 |
| 16. | RoundUp Funding LLC | Unsecured | 120.14 | 387.20 |
| 17. | Specialized Management Consultants | Unsecured | 48.72 | 157.02 |
| 18. | Asset Acceptance | Unsecured | 62.99 | 203.00 |
| 19. | Asset Acceptance | Unsecured | 25.28 | 81.49 |
| 20. | Ill/Ind EM-1 Med Services | Unsecured | 16.96 | 54.66 |
| 21. | St James Hospital | Unsecured | 50.05 | 161.30 |
| 22. | Specialized Management Consultants | Unsecured | 54.03 | 174.13 |
| 23. | Creditors Collection Bur | Unsecured | 110.07 | 354.75 |
| 24. | Assoc St James Radiologists | Unsecured | | No Claim Filed |
| 25. | Aspire Bravo | Unsecured | | No Claim Filed |
| 26. | First Consumers National Bank | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Smith, Dennis A<br>Smith, Veda<br>Printed: 12/02/08 | Case Number:  04 B 28189<br>Judge:  Hollis, Pamela S<br>Filed:  7/29/04 |

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 27. Best Buy | Unsecured | | No Claim Filed |
| 28. Children's Surgical Foundation | Unsecured | | No Claim Filed |
| 29. Children's Surgical Foundation | Unsecured | | No Claim Filed |
| 30. CB USA | Unsecured | | No Claim Filed |
| 31. Malcolm S Gerald & Assoc | Unsecured | | No Claim Filed |
| 32. Creditors Discount & Audit Co | Unsecured | | No Claim Filed |
| 33. Citibank | Unsecured | | No Claim Filed |
| 34. Citibank | Unsecured | | No Claim Filed |
| 35. Columbia House | Unsecured | | No Claim Filed |
| 36. EMSCO Mgmt Svcs | Unsecured | | No Claim Filed |
| 37. Ford Motor Credit Corporation | Unsecured | | No Claim Filed |
| 38. First National Bank | Unsecured | | No Claim Filed |
| 39. Discover Financial Services | Unsecured | | No Claim Filed |
| 40. Household Finance | Unsecured | | No Claim Filed |
| 41. Medtrust Healthcare Services Co | Unsecured | | No Claim Filed |
| 42. Illinois Designated Student Loan | Unsecured | | No Claim Filed |
| 43. Illinois Guaranteed Student Lo | Unsecured | | No Claim Filed |
| 44. Illinois Designated Account Purchase | Unsecured | | No Claim Filed |
| 45. Ingalls Family Care Center | Unsecured | | No Claim Filed |
| 46. Ingalls Memorial Hospital | Unsecured | | No Claim Filed |
| 47. Ingalls Memorial Hospital | Unsecured | | No Claim Filed |
| 48. Ingalls Helath Ventures | Unsecured | | No Claim Filed |
| 49. Ingalls Helath Ventures | Unsecured | | No Claim Filed |
| 50. Ingalls Helath Ventures | Unsecured | | No Claim Filed |
| 51. Ingalls Memorial Hospital | Unsecured | | No Claim Filed |
| 52. Medclr Inc | Unsecured | | No Claim Filed |
| 53. Integral Health Association | Unsecured | | No Claim Filed |
| 54. J C Penney Co Inc | Unsecured | | No Claim Filed |
| 55. John Cueva | Unsecured | | No Claim Filed |
| 56. Joliet Emergency Physician | Unsecured | | No Claim Filed |
| 57. La Rabida Children's Hospital | Unsecured | | No Claim Filed |
| 58. J C Penney Co Inc | Unsecured | | No Claim Filed |
| 59. Medical Business Bureau Inc | Unsecured | | No Claim Filed |
| 60. Ingalls Helath Ventures | Unsecured | | No Claim Filed |
| 61. Medtrust Healthcare Services Co | Unsecured | | No Claim Filed |
| 62. Metropley Emergency Physican | Unsecured | | No Claim Filed |
| 63. Mepa L L C | Unsecured | | No Claim Filed |
| 64. Midwest Emergency | Unsecured | | No Claim Filed |
| 65. Midwest Emergency | Unsecured | | No Claim Filed |
| 66. Medtrust Healthcare Services Co | Unsecured | | No Claim Filed |
| 67. Midwest Physician Group | Unsecured | | No Claim Filed |
| 68. University Anesthesiologists | Unsecured | | No Claim Filed |
| 69. Monogram Credit Card Bk Aka GE Money Bk | Unsecured | | No Claim Filed |
| 70. NCO Financial Systems | Unsecured | | No Claim Filed |
| 71. NCO Financial Systems | Unsecured | | No Claim Filed |
| 72. NCO Financial Systems | Unsecured | | No Claim Filed |
| 73. North American Capital Corp | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Smith, Dennis A | Case Number: 04 B 28189 |
|---|---|---|
| | Smith, Veda | Judge: Hollis, Pamela S |
| | Printed: 12/02/08 | Filed: 7/29/04 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 74. | Pediatric Associates | Unsecured | | No Claim Filed |
| 75. | Pinnacle Credit Services | Unsecured | | No Claim Filed |
| 76. | Premium Marketing Systems Inc | Unsecured | | No Claim Filed |
| 77. | Primary Healthcare Associates | Unsecured | | No Claim Filed |
| 78. | Primary Healthcare Associates | Unsecured | | No Claim Filed |
| 79. | Primary Healthcare Associates | Unsecured | | No Claim Filed |
| 80. | Prime Option Mastercard | Unsecured | | No Claim Filed |
| 81. | Creditors Collection Service | Unsecured | | No Claim Filed |
| 82. | Provena Mercy Center | Unsecured | | No Claim Filed |
| 83. | QV Inc | Unsecured | | No Claim Filed |
| 84. | Sears Roebuck & Co | Unsecured | | No Claim Filed |
| 85. | Retailers National Bank | Unsecured | | No Claim Filed |
| 86. | RMA | Unsecured | | No Claim Filed |
| 87. | Star Banc Finance | Unsecured | | No Claim Filed |
| 88. | Provena | Unsecured | | No Claim Filed |
| 89. | Spiegel | Unsecured | | No Claim Filed |
| 90. | Sherman Acquisition | Unsecured | | No Claim Filed |
| 91. | Quest Diagnostics Inc | Unsecured | | No Claim Filed |
| 92. | Triad Financial Services | Unsecured | | No Claim Filed |
| 93. | University Head And Neck Assoc | Unsecured | | No Claim Filed |
| 94. | Superior Asset Management | Unsecured | | No Claim Filed |
| 95. | University of Chicago | Unsecured | | No Claim Filed |
| 96. | Marshall Field & Company | Unsecured | | No Claim Filed |
| 97. | Your Creditors | Unsecured | | No Claim Filed |
| 98. | Sullivan Urgent Aid Centers | Unsecured | | No Claim Filed |
| 99. | University Anesthesiologists | Unsecured | | No Claim Filed |
| 100. | WARDS | Unsecured | | No Claim Filed |
| | | | $ 14,135.36 | $ 20,131.09 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 268.45 |
| 4% | 47.20 |
| 3% | 53.10 |
| 5.5% | 259.61 |
| 5% | 57.51 |
| 4.8% | 196.94 |
| 5.4% | 226.10 |
| | $ 1,108.91 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Smith, Dennis A
Smith, Veda
Printed: 12/02/08

Case Number: 04 B 28189
Judge: Hollis, Pamela S
Filed: 7/29/04

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

